## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RUBY SIMS**                                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 3:26-CV-00013-BSM**

**MORGAN & MORGAN, PA**                                                    **DEFENDANT**

### ORDER

Ruby Sims's motion for a temporary restraining order and expedited hearing for a preliminary injunction [Doc. No. 3] is denied.

First, Sims's request for an order directing Morgan & Morgan to immediately release her client file is denied because it goes beyond the purposes of a TRO.  *See Lite-Netics, LLC v. Nu Tsai Capital, LLC*, No. 8:22-CV-314, 2022 WL 6151898, at *7 (D. Neb. Oct. 7, 2022) ("requiring a non-movant to take affirmative action goes beyond the purpose of a TRO.").

Second, Sims's request for an order directing Morgan & Morgan to preserve all records related to her case is denied because she presents no support for her belief that Morgan & Morgan is likely to destroy those documents.  For this reason, she has failed to show that irreparable harm will occur if her motion is not granted.  Moreover, the Federal Rules of Civil Procedure already require Morgan & Morgan to preserve documents within its possession in anticipation of litigation.

Finally, Sims's request for an expedited  preliminary injunction hearing is denied for the same reasons discussed above.  *See Tumney v. Mycroft AI, Inc.*, 27 F.4th 657, 665 (8th Cir. 2022) (the standard for analyzing a motion for a temporary restraining order is the same

as the standard for a motion for a preliminary injunction).

IT IS SO ORDERED this 16th day of January, 2026.


_____
UNITED STATES DISTRICT JUDGE