**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RUBY SIMS**                                                                                                       **PLAINTIFF**

**v.**                              **CASE NO. 3:26-CV-00013-BSM**

**MORGAN & MORGAN, PA**                                                                          **DEFENDANT**

**ORDER**

Ruby Sims's motion to proceed *in forma pauperis* [Doc. No. 1] is granted because she reports living on social security income. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (per curiam) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

Sims's complaint, which must be screened, properly asserts diversity jurisdiction. *See* Doc. No. 2; 28 U.S.C. § 1915(e). This is true because Sims is a citizen of Arkansas suing Morgan & Morgan, P.A., a Florida law firm, asserting a breach of contract claim and seeking more than $75,000 in damages. *See* 28 U.S.C. §1332, *see also* Compl. 1–2. Her complaint will therefore be served.

The Clerk is directed to issue summons and deliver it along with a copy of the complaint and this Order to the United States Marshal for the Eastern District of Arkansas who is directed to serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on any registered agent at Morgan & Morgan at the addresses provided by Sims—that is 20 North Orange Ave., 16th Floor, Orlando, Florida 32801 as well as 121 Washington Ave. N., 4th Floor, Office 352, Minneapolis, Minnesota

55401. Doc. 4, at 3 & 14.

Sims is hereby notified Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notice the court of any change of address; (2) monitor the progress of the case; and (3) prosecute or defend the action diligently. Failure by a *pro se* plaintiff to respond to any communication within thirty days may result in dismissal. A party proceeding *pro se* is expected to be familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Federal Rules of Civil Procedure and the Local Rules may be obtained from the clerk's office or online.

IT IS SO ORDERED this 20th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE