IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUBY SIMS PLAINTIFF

v. Case No. 3:26-cv-00013-BSM

MORGAN & MORGAN, PA DEFENDANT

**MOTION TO STAY AND COMPEL ARBITRATION**

Morgan & Morgan, P.A., for its Motion to Stay and Compel Arbitration, states:

1. Plaintiff Ruby Sims filed a complaint on January 9, 2026. Dkt. No. 2.

2. Ms. Sims alleges that she “executed an Authority to Represent Agreement with Defendant through Docusign” on or about December 17, 2021 (the “Agreement”). Dkt. No. 2, ¶ 7.

3. The Agreement is attached to Morgan & Morgan’s answer, and this motion, as Exhibit 1.

4. The Agreement contains an arbitration provision that requires Ms. Sims to engage in a binding arbitration of the claims she asserts in this lawsuit. Exhibit 1, at 1–2.

5. Morgan & Morgan seeks to stay these proceedings and enforce the arbitration provision in the Agreement.

WHEREFORE, Morgan & Morgan, P.A. requests that the Court enter an order staying these proceedings and compelling arbitration in this matter.

Steven W. Quattlebaum, Ark. Bar. No. 84127
R. Ryan Younger, Ark. Bar No. 2008209
J. Houston M. Downes, Ark. Bar No. 2023149
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 Telephone
(501) 379-1701 Facsimile
quattlebaum@qgtlaw.com
ryounger@qgtlaw.com
hdownes@qgtlaw.com

*Attorneys for Morgan & Morgan, P.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system. I further certify that I have served a copy of the foregoing, *via* electronic mail and U.S. mail, postage prepaid, on the following:

Ruby Sims, Pro Se
4013 Willow Point Drive
Jonesboro, Arkansas 72405
Misluv2sing@yahoo.com

/s/ J. Houston M. Downes
J. Houston M. Downes